AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Missouri

Cynthia Hefling,                                    )
                                                    )
_____                   )
            *Plaintiff*                              )
                                                    )
            v.                                       )        Civil Action No.   4:25-cv-512-ZMB
Taylor Fresh Foods, Inc., and                       )
  Taylor Farms California, Inc.                      )
                                                    )
_____                   )
            *Defendant*                              )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Anthony Costa & Sons, LLC, a California Company
                                        c/o Registered agent David A. Costa
                                        36805 Foothill Road
                                        Soledad, CA 93960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                        William D. Marler, Marler Clark, 180 Olympic Drive S.E. Bainbridge Island, WA 98110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                *Signature of Clerk or Deputy Clerk*